UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.  CV-10-553-TUC-DCB                              Date: December 19, 2011

Title: *Kuhn v. America's Network*

**HONORABLE DAVID C. BURY**

Proceedings:          _____Open Court          _____Chambers          X   Other

PLEASE TAKE NOTICE:

On September 14, 2010, Plaintiff filed a Complaint. Defendant has not properly filed an Answer to date.  Despite the Clerk's entry of default against Defendant, Plaintiff filed a Notice of Voluntary Dismissal on December 12, 2011.

Accordingly,

IT IS ORDERED that this action is dismissed pursuant to Fed.R.Civ.P. 41(a)(1). This action is closed.

DATED this 19th day of December, 2011.

David C. Bury
United States District Judge